UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEFTER IMPACT TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SPORT MASKA, INC. d/b/a REEBOK-CCM HOCKEY, <br><br> Defendant. | Civil Action No. 15-13290-FDS |

## ORDER OF TRANSFER

**SAYLOR, J.**

Because this case is ready for trial, and because the present criminal docket of the undersigned judge will not permit any civil trial to be scheduled for many months, in the interest of justice this case is hereby transferred to Chief Judge Patti B. Saris pursuant to Local Rule 40.1(i)(1). Chief Judge Saris consents to the transfer.

**So Ordered.**

Dated: January 11, 2018

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge